**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DENISE EZELL,
an individual,

Plaintiff,

Case No. 2:24-cv-11658
Hon. Robert J. White

V

MGM RESORTS INTERNATIONAL
a Delaware Corporation,

Defendant.

**INDEX OF EXHIBITS FOR PLAINTIFF**

---

**INDEX OF EXHIBITS**
**FOR PLAINTIFF**

| | |
|---|---|
| Exhibit 1 | Photo of Plaintiff's Blackjack Win |
| Exhibit 2 | Plaintiff's Dispute Letter to Michigan Gaming Board |
| Exhibit 3 | Response from Michigan Gaming Board |
| Exhibit 4 | MGM Grand Detroit's Response Letter |

/s/Ivan L. Land
Ivan L. Land (P65879)
Law Offices of Ivan L. Land, P.C.
25900 Greenfield Rd., Suite 210
Oak Park, MI 48237-1267
248.968.4545 / (f) 248.968.4540
ill4law@aol.com
**Attorney for PLAINTIFF**

# EXHIBIT

# 1


Dealer Must Hit Soft 17
INSURANCE · PAYS 2 TO 1

# EXHIBIT

# 2

MGCB

## PATRON DISPUTE INFORMATION

The Michigan Gaming Control and Revenue Act charges the Board with the responsibility of receiving complaints from the public. The Enforcement Section of the Board investigates and renders initial decisions in all patron disputes. A dispute is defined as a complaint a patron has regarding winnings and losses or the conduct of gambling at a casino. A patron dispute does not include a claim for payment of a gaming debt evidenced by a credit instrument.

Patrons that have a dispute with a casino may request the Michigan Gaming Control Board to investigate their complaint. The Board treats all disputes very seriously. The Board assigns a case number to each dispute and assigns a regulation officer to review and investigate the complaint.

All patron disputes must be submitted to the Board in writing on the attached Patron Dispute Form within 21 business days of the incident. It is important that the Form be filled out as completely, accurately, and legibly as possible. Patron Dispute Forms may be filed in person, mailed or faxed to the Board office listed below:

**Michigan Gaming Control Board**
3062 West Grand Blvd., Suite L-700
Detroit, MI 48202-6062
Telephone: (313) 456-4100
Fax: (313) 456-4200

Patrons will receive immediate notification of Board receipt of their Patron Dispute Form. An official determination letter will be sent to the patron after the Board concludes its review and investigation.

---

R 432.11502 (1)
A CASINO LICENSEE SHALL ATTEMPT TO RESOLVE ALL PATRON DISPUTES AND SHALL HAVE A PERIOD OF 10 BUSINESS DAYS TO INVESTIGATE A PATRON COMPLAINT AND RESOLVE THE DISPUTE

MICHIGAN GAMING CONTROL BOARD
PATRON DISPUTE FORM

Summary of Incident (Describe in detail the events of the incident to the best of your knowledge. Use additional pages if necessary):

I HAD BEEN PLAYING THE PROGRESSIVE BLACK JACK TABLE, LOSING. THE DEALER LOADED A NEW SHOE AND I HIT THE PROGRESSIVE BLACK JACK WITH JACK KING AND THE DEALER HAD ACE AND QUEEN.

Summary of Casino's Response (Describe in detail the casino's attempt to resolve your dispute, including any actions taken by the casino or statements made to you by casino personnel):

CASINO PERSONNEL BY THE NAME OF JACK EXCORTED ME OUT, SAYING I WAS TRESPASSING. HE GAVE ME GREG JONES PHONE NUMBER WHO I'VE TALKED TO. APPARENTLY, THIS WAS FROM 2015. I THOUGHT THIS HAD BEEN REMOVED, I WOULD HAVE NEVER GONE.

Please be advised that it is a violation of law to claim or attempt to claim anything of value in or from gambling games with intent to defraud, without having made a wager contingent on winning a gambling game, or for an amount of money or thing of value of greater value than the amount won.

Signature: [signature] Date: 11/2/2023

R 432.11502 (1)

A CASINO LICENSEE SHALL ATTEMPT TO RESOLVE ALL PATRON DISPUTES AND SHALL HAVE A PERIOD OF 10 BUSINESS DAYS TO INVESTIGATE A PATRON COMPLAINT AND RESOLVE THE DISPUTE.

* * *

PATRON DISPUTES MUST BE FILED WITH THE BOARD WITHIN 21 BUSINESS DAYS OF THE INCIDENT THAT LED TO THE DISPUTE. THE BOARD MAY NOT PROCESS DISPUTES THAT ARE FILED LATE.

* * *

Date of Incident: 10 , 30 , 2023

Your Name: EZELL (Last) DENISE (First) FAIRLEY (Middle)

Time of Incident: 2:50 (am) / pm

Home Address: 29171 GLOEDE, APT. C
WARREN, MI 48088

Home Telephone: (313) 414-6204

Business Telephone: 313 456-1273

Casino Where Incident Occurred: MGM GRAND

Casino Employee(s) Involved: STEPANIO - DEALER

Witness(es) (Include name, address & telephone number):
THE WITNESSES STANDING AROUND WERE:
DESMOND SHAW @ 313-469-3580
XIONEY @ 614-902-8936

Location (Describe in as much detail as possible where you were gaming when the dispute or incident took place. If known, list the exact slot machine number or table game number, or describe the machine or table and its location as best you can):
PROGRESSIVE BLACK JACK TABLE
WHICH I HAVE PLAYED FOR YEARS.

## Summary of Incident…

I had been playing the **Progressive Blackjack Table** and losing. The Dealer (Stepanio) loaded a new shoe and me another young man were playing. We put our monies in the circle for the bet. Low and behold, I hit the **Progressive Blackjack** with Jack and King of Spades and the Dealer (Stepanio) had Ace and Queen of Spades.

I was thrilled as we were 'high five" even the Dealer. I had never "won" a thing of this magnitude at **MGM Grand** let alone any of the other casinos in all these years of patronizing them since they opened.

The Pitt Boss asked for my license and gave it to him. As we are sitting waiting patiently for my 'payoff' another person comes to the table and sez, "Excuse me, but you're trespassing".

I said huh. He continued and said this was an incident that happened in 2015. I'm still saying huh.

I remember years ago my cousin and I were at **MGM Grand,** and he was winning. We got into an argument, and I was escorted out by a guard because he said I was panhandling. I said that's my cousin.

I assume that this was a 48-hour thing.

I wasn't given any paper, nor did I sign anything.

I've gone to **MGM Grand** over this 8-year period numerous of times.

## Summary of Casino's Response…

The Casino personnel or police by the name of Jack said I had to leave because I was trespassing. I said what about my **jackpot** that I won fair and square, He said he didn't know but gave me the number for Greg Jones, Investigations.

I spoke to Mr. Jones on Wednesday, after leaving several voice mail messages, November 1st. He said let's first get your **'jackpot'** and then we'll deal with the trespassing issue. He said this was out of his hands. He said they were talking about me and someone from the establishment would call me by days end. No one called.

I am a 'law abiding citizen' who likes to play blackjack.

In all these passing years, If I knew there was as issue of 'trespassing' I would have cleared the issue.

When I lose, I go home (this has happened many times).

**Denise Fairley-Ezell**

**313.414.6204**

# EXHIBIT

# 3

GRETCHEN WHITMER
GOVERNOR

STATE OF MICHIGAN
MICHIGAN GAMING CONTROL BOARD
DETROIT

HENRY L. WILLIAMS, JR.
EXECUTIVE DIRECTOR

November 6, 2023

Denise Ezell
29171 Gloede, Apt. C
Warren MI 48088

Re: PD-MGM-2023-0015

Dear Mr./Mrs. Ezell

Please be advised that the Michigan Gaming Control Board (Board) received your Patron Dispute Form on November 3, 2023.

This matter has been assigned to me for investigation. You will receive an official determination letter at the conclusion of my investigation.

The Board views all patron disputes seriously and endeavors to issue a determination as promptly as possible. However, some disputes may require extensive investigation. Your patience in this regard will be appreciated.

The Board has no authority to award any money or other relief directly to a patron.

If you have any additional information or questions related to this matter, please contact me at (313) 456-4079. Please reference the above-mentioned case number in any correspondence or inquiry.

Sincerely,

Angela Moss

Angela Moss
Regulation Officer
Casino Operations Division

PD-MGM-2023-0015
Exhibit 2
Pg. 1 of 1

# EXHIBIT

# 4

MGM GRAND
DETROIT

November 14, 2023

Ms. Denise Fairley Ezell
29171 Gloede
Apt. C
Warren, Mi 48088

Dear Ms. Ezell,

This letter is in response to the Michigan Gaming Control Board Patron Dispute form that you recently submitted on November 3, 2023.

We have reviewed your claim and concluded that MGM Grand Detroit, LLC acted appropriately. Thank you for taking the time to express your concern and allowing us the opportunity to address it.

Respectfully,
MGM Grand Detroit, LLC

Stanley Grembo
Casino Operations Manager