UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENISE EZELL,

     Plaintiff,

v.

MGM RESORTS INTERNATIONAL,

     Defendant.

Case No. 24-cv-11658

Honorable Robert J. White

## STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Denise Ezell and Defendant MGM Resorts International, by their undersigned counsel, have stipulated to the dismissal of all claims and causes of action set forth in the operative complaint without prejudice and without costs, fees, or attorney fees against any of the parties.

Based on the stipulation, the Court HEREBY ORDERS THAT this lawsuit is DISMISSED without prejudice and without costs, fees, or attorney fees as to any party. **This is a final order and closes the case.**

SO ORDERED.

Dated: March 3, 2026

s/Robert J. White_____
Robert J. White
United States District Judge

**STIPULATED TO:**


/s/ *Ivan Land (w/ consent)*             /s/*Blake Padget (w/ consent)*
Ivan Land (P65879))                      Blake Padget (P82978)
Attorney for Plaintiff Ezell             Attorney for MGM


Dated: February 25, 2026